IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Shirley A

Printed: 9/4/07

Case Number: 07 B 04459
Judge: Squires, John H
Filed: 3/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: July 16, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                     | Receipts  | Disbursements |
|---------------------|-----------|---------------|
|                     | 1,849.68  |               |
| Secured:            |           | 28.05         |
| Unsecured:          |           | 0.00          |
| Priority:           |           | 0.00          |
| Administrative:     |           | 1,345.40      |
| Trustee Fee:        |           | 78.39         |
| Other Funds:        |           | 397.84        |
| Totals:             | 1,849.68  | 1,849.68      |

## DISBURSEMENT DETAIL

|     | Creditor Name                       | Type           | Repayment  | Paid to Date |
|-----|-------------------------------------|----------------|------------|--------------|
| 1.  | Robert J Semrad & Associates        | Administrative | 2,454.00   | 1,345.40     |
| 2.  | General Motors Acceptance Corp      | Secured        | 0.00       | 0.00         |
| 3.  | Mortgage Electronic Registration Sys| Secured        | 0.00       | 0.00         |
| 4.  | Ford Motor Credit Corporation       | Secured        | 0.00       | 0.00         |
| 5.  | Ford Motor Credit Corporation       | Secured        | 0.00       | 0.00         |
| 6.  | Great American Finance Company      | Secured        | 500.00     | 28.05        |
| 7.  | Mortgage Electronic Registration Sys| Secured        | 16,642.00  | 0.00         |
| 8.  | Capital One                         | Unsecured      | 207.41     | 0.00         |
| 9.  | Ascension Services                  | Unsecured      | 498.67     | 0.00         |
| 10. | National Capital Management         | Unsecured      | 85.27      | 0.00         |
| 11. | Resurgent Capital Services          | Unsecured      | 751.24     | 0.00         |
| 12. | Discover Financial Services         | Unsecured      | 687.58     | 0.00         |
| 13. | Resurgent Capital Services          | Unsecured      | 856.30     | 0.00         |
| 14. | City Of Chicago Dept Of Revenue     | Unsecured      | 59.00      | 0.00         |
| 15. | National Capital Management         | Unsecured      | 69.87      | 0.00         |
| 16. | Cache Inc                           | Unsecured      | 243.41     | 0.00         |
| 17. | Resurgent Capital Services          | Unsecured      | 1,253.55   | 0.00         |
| 18. | Cache Inc                           | Unsecured      | 476.96     | 0.00         |
| 19. | Great American Finance Company      | Unsecured      | 26.23      | 0.00         |
| 20. | RoundUp Funding LLC                 | Unsecured      | 615.49     | 0.00         |
| 21. | National Capital Management         | Unsecured      | 36.67      | 0.00         |
| 22. | Portfolio Recovery Associates       | Unsecured      | 605.54     | 0.00         |
| 23. | Discover Financial Services         | Unsecured      | 627.14     | 0.00         |
| 24. | RoundUp Funding LLC                 | Unsecured      | 245.52     | 0.00         |
| 25. | ECast Settlement Corp               | Unsecured      | 79.50      | 0.00         |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Shirley A

Printed: 9/4/07

Case Number: 07 B 04459
Judge: Squires, John H
Filed: 3/13/07

| | | | | |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 39.95 | 0.00 |
| 27. | RoundUp Funding LLC | Unsecured | 246.56 | 0.00 |
| 28. | Ascension Services | Unsecured | | No Claim Filed |
| 29. | Citibank | Unsecured | | No Claim Filed |
| 30. | Capital One | Unsecured | | No Claim Filed |
| 31. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 32. | Collect America | Unsecured | | No Claim Filed |
| 33. | Credit First | Unsecured | | No Claim Filed |
| 34. | Discover Financial Services | Unsecured | | No Claim Filed |
| 35. | Pay Day Loans | Unsecured | | No Claim Filed |
| 36. | Hsbc Nv | Unsecured | | No Claim Filed |
| 37. | Midland Credit Management | Unsecured | | No Claim Filed |
| 38. | Discover Financial Services | Unsecured | | No Claim Filed |
| 39. | The Bureau Inc | Unsecured | | No Claim Filed |

$ 27,307.86            $ 1,373.45

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 78.39 |
| | $ 78.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_