IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Elton E

Printed: 11/13/07

Case Number: 07 B 04459
Judge: Squires, John H
Filed: 3/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,849.68 |  |
| Secured: |  | 28.05 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,721.76 |
| Trustee Fee: |  | 99.87 |
| Other Funds: |  | 0.00 |
| Totals: | 1,849.68 | 1,849.68 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,454.00 | 1,721.76 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 5. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 6. | Great American Finance Company | Secured | 500.00 | 28.05 |
| 7. | EMC Mortgage Corporation | Secured | 16,642.00 | 0.00 |
| 8. | Cache Inc | Unsecured | 243.41 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 59.00 | 0.00 |
| 10. | Ascension Services | Unsecured | 498.67 | 0.00 |
| 11. | Cache Inc | Unsecured | 476.96 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 751.24 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 856.30 | 0.00 |
| 14. | National Capital Management | Unsecured | 85.27 | 0.00 |
| 15. | Capital One | Unsecured | 207.41 | 0.00 |
| 16. | National Capital Management | Unsecured | 69.87 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 1,253.55 | 0.00 |
| 18. | Discover Financial Services | Unsecured | 627.14 | 0.00 |
| 19. | Great American Finance Company | Unsecured | 26.23 | 0.00 |
| 20. | National Capital Management | Unsecured | 36.67 | 0.00 |
| 21. | Portfolio Recovery Associates | Unsecured | 605.54 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 39.95 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 615.49 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 246.56 | 0.00 |
| 25. | Discover Financial Services | Unsecured | 687.58 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** | Jackson, Elton E | Case Number: 07 B 04459 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 11/13/07 | Filed: 3/13/07 |

| | | | | |
|---|---|---|---:|---:|
| 26. | ECast Settlement Corp | Unsecured | 79.50 | 0.00 |
| 27. | RoundUp Funding LLC | Unsecured | 245.52 | 0.00 |
| 28. | Hsbc Nv | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Ascension Services | Unsecured | | No Claim Filed |
| 31. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 32. | Citibank | Unsecured | | No Claim Filed |
| 33. | Collect America | Unsecured | | No Claim Filed |
| 34. | Discover Financial Services | Unsecured | | No Claim Filed |
| 35. | Discover Financial Services | Unsecured | | No Claim Filed |
| 36. | Credit First | Unsecured | | No Claim Filed |
| 37. | The Bureau Inc | Unsecured | | No Claim Filed |
| 38. | Midland Credit Management | Unsecured | | No Claim Filed |
| 39. | Pay Day Loans | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,307.86 | $ 1,749.81 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 99.87 |
| | _____ |
| | $ 99.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_